UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS A. PARALITICCI DBA FARMACIA CONCORDIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER, INC., WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and RANBAXY, INC.,<br><br>Defendants | Civil Action No. 3:12-cv-01070<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS ACTION COMPLAINT** |

## MOTION TO WITHDRAW SUMMONS

**COMES NOW** the undersigned attorney and very respectfully STATES and AVERS:

We are in the process of submitting a Notice of Lawsuit and Waiver of Summons to the different defendants, therefore we respectfully ask for the submitted Summons not to be issued at this time.

Whereby we respectfully pray that the Court take notice of the aforementioned and withdraw the summons submitted at docket 5.

The undersigned hereby certifies that on February 7th, 2012, we electronically filed the aforementioned Motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing.

DATED: February 7th, 2012              Respectfully submitted,

*S/ Luis E. Miñana* USDC-PR # 225,608
LUIS E. MINAÑA, ESQ.
122 Calle Manuel Dómenech Altos
Urb. Baldrich
San Juan, PR  00918
787-758-1999
minanalaw@prtc.net
LUIS E. MINAÑA & ASSOC. LLC
DOVAL, MIÑANA & PEDROSA LAW OFFICES, PSC